UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORRAINE A. HACKMAN, | )<br>) |
| Plaintiff, | )<br>) Case No. 08 C 2094 |
| v. | )<br>) Judge Shadur |
| PACTIV CORPORATION, | ) Magistrate Judge Denlow<br>) |
| Defendant. | )<br>) |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Pactiv Corporation, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule for the Northern District of Illinois 3.2A, for its Corporate Disclosure Statement states as follows:

Pactiv Corporation is a publicly owned company. Based on information publicly available, Lord, Abbett & Co. LLC. owns more than five (5) percent of Pactiv Corporation's stock.

Respectfully submitted,

**DATED:  May 8, 2008**          **PACTIV CORPORATION**

BY:     s/ Erin Dougherty Foley
Thomas J. Piskorski
Erin Dougherty Foley
Seyfarth Shaw, LLP
131 S. Dearborn, Suite 2400
Chicago, IL  60603
312.460.5000 (phone)
312.460.7000 (facsimile)
tpiskorski@seyfarth.com
edfoley@seyfarth.com

CH1 11301537.1

# CERTIFICATE OF SERVICE

I, Erin Dougherty Foley, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** to be served upon the following,

> Michael T. Smith
> Michael T. Smith & Associates
> 440 West Irving Park
> Roselle, IL 60172
> (847)895-0626
> Email: msmith39950@aol.com

by ECF filing on this 8th day of May, 2008, and upon:

> The Honorable Milton I. Shadur
> United States District Court
> Northern District Eastern Division
> Chambers Number 2388
> Chicago, Illinois 60603

by via hand delivery on this 8th day of May, 2008.

_____s/Erin Dougherty Foley_____
Erin Dougherty Foley