UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORRAINE A. HACKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No: 08 C 2094 |
| | ) | |
| vs. | ) | Judge Shadur |
| | ) | |
| PACTIV CORPORATION, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | JURY DEMAND |

**NOTICE OF JOINT STIPULATION TO DISMISS**

Now Comes the Plaintiff, Lorraine A. Hackman by and through her attorney, Michael T. Smith, and by agreement and joint stipulation, dismisses this action with prejudice pursuant to FRCP 41 (a)(ii) with leave to reinstate this matter within 60 days thereafter. Each party bears their own costs.

Respectfully submitted,

**/s/ Michael T. Smith**
Michael T. Smith

**/s/ Erin Dougherty Foley**
Erin Dougherty Foley

Michael T. Smith # 06180407IL
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

Erin Dougherty Foley
Seyfarth Shaw.
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
312-460-5000

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on May 30, 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of this filing of Notice of Dismissal of Plaintiff's Complaint to the following:

Erin Dougherty Foley
Seyfarth Shaw.
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
312-460-5000

By:/s/Michael T. Smith
Michael T. Smith

Michael T. Smith #06180407
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

2