# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lorraine A. Hackman
                             Plaintiff,

v.                                      Case No.: 1:08−cv−02094
                                                 Honorable Milton I. Shadur

Pactiv Corporation
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2008:

       MINUTE entry before the Honorable Milton I. Shadur: This action is hereby dismissed pursuant to FRCP 41(a)(ii) with leave to reinstate this matter within 63 days thereafter, failing which the dismissal will be final and with prejudice on the next court date.Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.